M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2019 JAN -4 A 10: 21

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Brandon Adams # 227841 )
Full name and prison name of )
Plaintiff(s) )
                              )
v.                            )   CIVIL ACTION NO. 2:19-CV-15-WHA-CSC
                              )   (To be supplied by Clerk of U.S. District
Sgt. Clemons                  )   Court)
Officer Brooks                )
Officer Redd                  )
Officer Streeter              )
A.D.O.C - ETC. AL.            )
                              )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.)           )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐   NO ☑

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____
            _____N/A_____

            Defendant(s) _____
            _____

        2.  Court (if federal court, name the district; if state court, name the county)
            _____
            _____N/A_____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT <u>W. E. Donaldson Correctional Facility</u>

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED <u>Bullock C.F. In Restricted Housing</u>

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Sgt. Clemons, F | Bullock C.F. |
| 2. | Officer Brooks, T | Bullock C.F. |
| 3. | Officer Redd, B | Bullock C.F. |
| 4. | Officer Streeter | Bullock C.F. |
| 5. | A.D.O.C - Etc. AL | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED <u>11-18-18</u>

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: It is also very important that you show the "state of mind" of prison officals in excessive force cases. Court have found a violation of the 8th amendment were prison officals were responsible for "the unnecessary and ~~that~~ wanton infliction of pain." "Wanton" means hateful, cruel or uncalled for. The force used was not a necessary part of prison ~~disple~~ discipline. For example, one court found an 8th amendment ~~t~~ violated when an officer repeatedly hit a prisoner even though the prisoner had immediately obeyed ~~an another~~ to lie face down on the floor, and was already being

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

RESTRAINED BY FOUR OTHER OFFICERS. ESTATE OF DAVIS BY OSTENFELD V. DELO, 115 F.3d 1388 (8TH CIR. 1997). IN ANOTHER SUCCESSFUL CASE, THE PRISONER WAS HANDCUFFED AND HIT SEVERAL TIMES IN THE HEAD AND SHOULDERS WHILE IN A KNEELING POSITION. BROWN V. LIPPARD, 472 F.2d 384 (5TH CIR. 2006).

GROUND TWO: ON 11/8/18 I WAS ASSAULTED BY SGT. CLEMONS, ~~A F~~ AND OFFICER REDD, B I HAD BEEN ASKING ~~SEG~~ SUPERVISOR SGT. CLEMONS, F TO USE THE PHONE BECAUSE I HAD FAMILY, ALL WEEK ~~SUPPORTING FACTS~~ AND HE HAD BEEN LYING TO ME. SO I FLOODED MY CELL THEY TURN MY WATER OFF IN ~~TH~~ MY CELL SGT. CLEMONS, F AND OFFICER REDD, B CAME TO MY CELL TO THE OFFICER TO ROLL MY CELL DOOR WITHOUT ME BEING PLACE IN HANDCUFFS. WHICH IS NOT RESTRICTED HOUSING OR SEG. UNIT PROCEDURES OR RULES & REGULATIONS, ALL INMATES MUST BE HANDCUFFED ~~UH~~ BEFORE HIS ~~GROUND THREE~~ CELL IS OPEN. ONCE BOTH OF THEM CAME INSIDE THEY ORDERED ME TO BE SEATED ON MY BED AND I DID AS I WAS TOLD, ~~SG~~ OFFICER REDD, B STRUCK ME IN THE FACE AND ~~SUPPORTING FACTS~~ SGT. CLEMONS, F RAMMED ME IN MY RIBS AND SHOULDER, OFFICER REDD, B STRUCK ME SEVERAL MORE TIMES IN THE FACE (LEFT SIDE). THEN SGT. CLEMONS, F PUT HIS BATON UP AND STRUCK ME SEVERAL'S TIMES IN THE FACE ALSO (LEFT SIDE) AS THEY WERE LEAVING I ASKED SGT. CLEMSON, F TO TAKE ME TO MEDICAL TO GET A BODY CHART, HE STATED TO ME I WILL TAKE YOU ON MY TIME. I THEN ASKED OFFICER BROOKS, T & OFFICER STREETER TO TAKE ME TO MEDICAL FOR A BODY CHART THEY DENIED ~~ANY~~ ME MEDICAL TREATMENT, I THEN ASKED OFFICER BENTON TO TAKE ME TO MEDICAL FOR A BODY CHART, AND OFFICER BENTON TOLD ME SGT. CLEMONS, F GAVE HIM A ORDER NOT TO BRING ME OUT MY CELL AND TAKE ME TO MEDICAL.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I LIKE FOR THE COURT TO GRANT ME THE SUM OF $5 MILLION FOR VIOLATION OF MY RIGHTS AND THE USE OF EXCESSIVE AND UNNECESSARY FORCE ON MY LIFE.

Brandon Adams #227841
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/1/19
(Date)

Brandon Adams #227841
Signature of plaintiff(s)

January 1, 2019

MY COMMISSION EXPIRES DECEMBER 8, 2020

Brandon Adams
AIS# 221841 W-40
W.E. Donaldson Corr. Fac.
100 Warrior Lane
Bessemer, AL 35023

MAIL
LEGAL ONLY

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated; and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

BIRMINGHAM AL 350
02 JAN 2019 PM 4 L

Office of the Clerk
United States District Court
Middle District of Alabama
One Church Street, Suite B-110
Montgomery, AL 36104-4018

36104-401801