IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **BRANDON ADAMS,**       )<br>                          )<br>    Plaintiff,         )<br>                          )<br>    v.                    )<br>                          )<br>**SGT. CLEMONS, et al.,**  )<br>                          )<br>    Defendants.        ) | CIVIL ACTION NO.<br>2:19cv15-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit asserting that the defendants subjected him to excessive force and acted with deliberate indifference to his need for medical care. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that that plaintiff's claims against certain defendants be dismissed and that defendants' motion for summary judgment be granted as to all official-capacity claims and the deliberate-indifference claim and denied as to the excessive-force claim. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered, and the case will be set for a bench trial.

DONE, this the 6th day of January, 2022.

                          /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**