IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRANDON ADAMS, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>SGT. CLEMONS, et al., )<br>  )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:19cv15-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 27) is adopted.

(2) Plaintiff's claims against defendant Terrence Brooks are dismissed without prejudice, pursuant to Federal Rule of Procedure 4(m), and defendant Brooks is terminated as a party to this action.

(3) Plaintiff's claims against the defendant Alabama Department of Corrections are dismissed with

prejudice on the basis of absolute immunity, and said defendant is terminated as a party to this action.

(4) Defendants Sgt. Clemons, Officer Redd, and Officer Streeter's motion for summary judgment (Doc. 17) is granted in part and denied in part, as follows.

    (a) Defendants' motion for summary judgment is granted as to plaintiff's official-capacity claims for monetary damages, and judgment is entered in favor of defendants Clemons, Redd, and Streeter on plaintiff's official-capacity claims.

    (b) Defendants' motion for summary judgment is granted as to plaintiff's deliberate-indifference claims against defendants Clemons, Redd, and Streeter, and judgment is entered in favor of said defendants on those claims.

    (c) Defendants' motion for summary judgment is denied as to plaintiff's excessive-force claims against defendants Sgt. Clemons and Officer Redd in their

individual capacities, and those claims will be set for a nonjury trial before the undersigned.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 6th day of January, 2022.

                        /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**