IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRANDON ADAMS, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>FITZGERALD CLEMONS, Sgt., )<br>and BRANDON REDD, )<br>Officer,* )<br>)<br>  Defendants. ) | CIVIL ACTION NO.<br>2:19cv15-MHT<br>(WO) |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal with prejudice (Doc. 38), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

---

   * The clerk of court is directed to replace the names of each of the above defendants on the docket in accordance with the case style.

This case is closed.

DONE, this the 15th day of February, 2022.

                                  /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE